IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    No. 4:19-cr-688-DPM-4

BRENDA SHERPELL                                             DEFENDANT

## ORDER

Sherpell again moves to reduce her sentence. Her latest motion, *Doc. 430*, is denied. All material things considered, the twenty-four-month sentence imposed in her case is just and fair.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 March 2024